USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 10, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                              :

UNITED STATES OF AMERICA      :

                              :          12 Cr. 802 (KBF)

   - v. -                        :

                              :          ORDER

TREVOR COLE, and           :
DOMINIQUE JEAN PHILIPPE,    :

                          :

                   Defendants.    :
--------------------------------------------------------------------:
                              X

**KATHERINE B. FORREST**, United States District Judge:


   A *Fatico* Hearing is scheduled for January 15, 2014, at 9:30 a.m. in Courtroom 15A, 500 Pearl Street, New York, NY 10007.


       SO ORDERED:

Dated:     New York, New York
          September 10, 2013


                                              KATHERINE B. FORREST
                                  United States District Judge