# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/13

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

December 23, 2013

**BY HAND**
Honorable Katherine B. Forrest
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re: United States v. Cole et.al.,
       12 CR 802 (KBF)

Your Honor,

    I am writing this letter seeking an extension of time within which to respond to the initial Presentence report prepared by the Probation Department. I just received the PSR last week and I will not be able to visit with my client to review the report at this time. I have spoken with AUSA Parvin Moyne and the government has no objection to this application. Accordingly, I am requesting that I be permitted to file the defendant's response and objections by Friday January 17, 2014; and that the government's time to respond be extended to any date the Court deems appropriate. I understand that the Court has granted co-counsel's similar request. Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

cc: AUSA Parvin Moyne
    Benjamin Heinrich, Esq.

Post to docket.
So Ordered.

Katherine B. Forrest     12/27/13
United States District Judge