UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                              :

                                                                             12 Cr. 802 (KBF)

TREVOR COLE and                   :
DOMINIQUE JEAN PHILLIPPE,
                                              :

            Defendants.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       SPECIAL AGENT JOHN REYNOLDS, pursuant to 28 U.S.C. ' 1746, declares the following under penalty of perjury:

       1.      I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since 2006.

       2.      I have met with and spoken with _____ on multiple occasions. From these conversations, I have learned that _____ was Trevor Cole's girlfriend for a period of time that included at least August 2012 through in or about October 2012.

       3.      On January 21, 2013, I participated in an interview of _____. During this interview, _____ explained that she still is in contact with Trevor Cole, that she has visited him in jail, and that she has spoken with him on the telephone multiple times. _____ stated, in sum and substance, that she supports Trevor Cole and does not want him to go to jail for a long period of time.

       4.      During the interview on January 21, 2013, _____ stated she heard that Trevor Cole and the other people who committed the robbery in September 2012 had "sex" with the female victim. _____ said she had heard this from someone (who she did not identify) while she was on

1

Dyre Avenue in the Bronx, New York. When            was questioned about her use of the term "sex" when the female victim had been bound and was held against her will,         did not respond verbally but scoffed and made an expression that suggested that she did not care about the distinction.

    I declare under penalties of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. ' 1746.

Dated:    January 16, 2014
              New York, New York

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

             By:     /s/ John Reynolds
                                  Special Agent John Reynolds
                                  Federal Bureau of Investigation