```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 21, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :         12 Cr. 802 (KBF)
    - v. -                                                        :
                                                                  :         ORDER
TREVOR COLE, and                                                  :
DOMINIQUE JEAN PHILIPPE,                                          :
                                                                  :
                            Defendants.                           :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a *Fatico* Hearing, held on January 15, 2014, the Court finds that both a victim was sexually exploited and a ransom demand was made.

The Court intends to issue a written decision shortly. The parties should take this into consideration with respect to their sentencing submissions.

SO ORDERED:

Dated:      New York, New York
            January 21, 2014

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge