Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York



Caption:
UNITED STATES OF AMERICA v.

TREVOR COLE

Docket No.: 12-CR-00802-KBF-1
KATHERINE B. FORREST
(District Court Judge)

Notice is hereby given that TREVOR COLE appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [✓] AND ORDER RE: FATICO HEARING (specify) entered in this action on 02/03/2014 & 01/21/2014 (date)

This appeal concerns: Conviction only [ ]  Sentence only [✓]  Conviction & Sentence [ ]  Other [✓]
Defendant found guilty by plea [✓]  trial [ ]  N/A [ ]
Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]
Date of sentence: 01/30/2014   N/A [ ]
Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: DAVID TOUGER (CJA APPOINTMENT)
Counsel's Address: 70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
Counsel's Phone: 212-608-1234

Assistant U.S. Attorney: TIMOTHY DONALD SINI & PARVIN DAPHNE MOYNE
AUSA's Address: ONE SAINT ANDREW'S PLAZA
NEW YORK, NEW YORK 10007
AUSA's Phone: 212-637-2527

Signature