CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: UNITED STATES OF AMERICA v.
TREVOR COLE

DOCKET NUMBER: 12-CR-00802-KBF-1

COUNSEL'S NAME: DAVID TOUGER

COUNSEL'S ADDRESS: 70 Lafayette Street
New York, New York 10013

COUNSEL'S PHONE: 212-608-1234

U.S. DISTRICT COURT
FILED
FEB 0  2014
D.S.
S.D. OF N.Y.

**QUESTIONNAIRE**

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of
[✓] Pre-trial proceedings: Plea Minutes 09/09/2013
   (Description & Dates)
[ ] Trial: _____
   (Description & Dates)
[✓] Sentencing: Sentencing Minutes 01/30/2014
   (Description & Dates)
[ ] Post-trial proceedings: _____
   (Description & Dates)

I, DAVID TOUGER, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

_____     02/07/2014
Counsel's Signature                Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____          Estimated Number of Pages: _____

Estimated completion date: _____

_____     _____
Court Reporter's Signature         Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.