AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 12 CR 802-01 (KBF) |
| Trevor Cole | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trevor Cole                                                                                                              .

Date:   02/25/2014                                                           /s Daniel DeMaria
                                                                                    *Attorney's signature*

                                                                    Daniel DeMaria (Bar #  DD4130)
                                                                        *Printed name and bar number*

                                                                            Merchant Law Group LLP
                                                                               203 East Post Road
                                                                        White Plains, New York 10601
                                                                                    *Address*

                                                                        ddemaria@nyslitigators.com
                                                                               *E-mail address*

                                                                               (845) 704-7777
                                                                              *Telephone number*

                                                                               (877) 607-5419
                                                                                 *FAX number*