UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
                           Plaintiff,        :             12-CR-802-1 (JMF)
:
         -v-                       :              <u>ORDER</u>
:
TREVOR COLE,
:
                          Defendant.    :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant Trevor Cole, proceeding without counsel, has filed a motion that the Court construes to be a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. 322. The Government shall file any opposition by **August 13, 2021**, and Cole shall file any reply by **September 2, 2021**.

       The Clerk of Court is directed to mail a copy of this Order to Defendant at:

              Trevor Cole, Reg. No. 67573-054
              Lee County Industrial Park
              Hickory Flats Road
              Pennington Gap, VA  24277

       SO ORDERED.

Dated: July 16, 2021
       New York, New York

                                                        JESSE M. FURMAN
                                                 United States District Judge