UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,
          Plaintiff,

v.                      case no. 12-cr-802-1 (JMF)

TREVOR COLE,
          Defendant.

---

MOTION REQUESTING A COPY OF GOVERNMENT'S BRIEF:

COMES NOW, TREVOR COLE (Defendant), humbly request a copy of Government's Brief that is due August 13, 2021, per court's order, dated: July 16, 2021. As of today's date, Defendant has not received any Government's brief in opposition. Moreover, the court instructed the defendant to file a reply brief on or about September 2, 2021. Since, the government has not forwarded a copy of its response nor does the defendant have any knowledge the Government even responded in the first place. The defendant consider if he is required to file a reply brief on or about September 2, 2021, it is now moot and request the court to intervene, respectfully.

CONCLUSION:

WHEREFORE, Defendant humbly request this court to grant this motion and/or any other relief deemed necessary.

RESPECTFULLY SUBMITTED on this day 10, of August, 2021.

_____
Signature:

There being no proof of service on Defendant, the Government is ORDERED to promptly mail a copy of its opposition to Defendant and file proof of such service. Defendant is granted an extension to October 8, 2021, to file any reply. The Clerk of Court is directed to terminate ECF No. 325 and to mail a copy of this endorsed document to Defendant at: Trevor Cole, Reg. No. 67573-054, U.S.P. Lee, U.S. Penitentary, P.O. Box 305, Jonesville, VA 24263.  SO ORDERED.

September 14, 2021



Andrew Cole # 67543-051
United States Penitentiary
P.O. Box 305
Jonesville, VA 24263

United States District Court
Office of the Clerk
300 Quarropas Street
White Plains, New York 10601

RECEIVED
SEP 13 2021
S.D.N.Y.

Legal Mail

KNOXVILLE TN 377
2 SEP 2021 PM 3 L

U.S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE _8·3·21_
*Special / Legal Mail*
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

24263-080000