```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                              Plaintiff,                         :    12-CR-802-1 (JMF)
                                                                 :
             -v-                                                 :            ORDER
                                                                 :
TREVOR COLE,                                                     :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

  The motion of Defendant Trevor Cole seeking an extension of his deadline to file a reply in support of his motion for compassionate release, *see* ECF No. 330, is GRANTED.  Cole shall file any reply by **December 23, 2021.  No further extensions will be granted.**

  The Clerk of Court is directed to terminate ECF No. 330 and to mail a copy of this Order to Defendant at:

> Trevor Cole, Reg. No. 67573-054
> U.S.P. Lee, U.S. Penitentiary
> P.O. Box 305
> Jonesville, VA 24263

  SO ORDERED.

Dated: November 16, 2021
   New York, New York

                   _____
                     JESSE M. FURMAN
                    United States District Judge