UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                         :

UNITED STATES OF AMERICA,                  :

                         Plaintiff,                 :                    12-CR-802 (JMF)

        -v-                                           :                    <u>ORDER</u>

TREVOR COLE,                                   :

                         Defendant.              :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 6, 2022, the Court received the attached letter from *pro se* Defendant David Delva. The Clerk of Court is directed to (1) file and maintain the attachments to the letter — namely, medical records of non-parties — under seal; (2) email a copy of the attachments to the Government; and (3) mail a copy of this Order to Defendant.

       SO ORDERED.

Dated: January 6, 2022
       New York, New York                                 _____
                                                                      JESSE M. FURMAN
                                                           United States District Judge

RECEIVED JAN 06 2022 U.S.D.C. W.P.

Case # 12 Cr 802 (JMF)

Dear Clerk of Courts,

Enclosed in this letter is Copies of my Parents medical documents My mother Vinell Cassells, and also documents from the hospital stating if the Courts need any more information regarding my Father Trevor Cole Sr and my mother Vinell Cassells to contact them.

Moreover Can you please attach said medical records to my Compassionate release petition.

12-29-21

Respectfully Submitted

[signature]

Trevor Cole 67573-054
U.S.P - LEE
P.O. Box 305
Jonesville VA 24263

Attachments sealed by Chambers.