UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                    :

UNITED STATES OF AMERICA,                               :

                            Plaintiff,                      :                      12-CR-802-1 (JMF)

                                                                     :
                 -v-                                        :                            ORDER

                                                                     :
TREVOR COLE,                                                 :

                           Defendant.                :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Trevor Cole, proceeding without counsel, filed a motion for compassionate release.  *See* ECF No. 322.  Upon review of the motion papers, the Court DENIES the motion, substantially for the reasons set forth in the Government's opposition (except that the Court intimates no view on whether or when a claim of legal error can constitute an "extraordinary and compelling" reason that would provide a basis for compassionate release).  *See* ECF No. 324.  The Clerk of Court is directed to terminate ECF No. 322 and to mail a copy of this Order to:

                            Trevor Cole
                            Reg. No. 67573-054
                            U.S.P. Lee
                            U.S. Penitentiary
                            P.O. Box 305
                            Jonesville, VA 24263

      SO ORDERED.

Dated: April 1, 2022                                               _____
       New York, New York                                 JESSE M. FURMAN
                                                         United States District Judge