UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,         :

                                              :

                         Plaintiff,        :              12-CR-802-1 (JMF)

                                              :

         -v-                              :              <u>ORDER</u>

                                              :

TREVOR COLE,                     :

                                              :

                         Defendant.     :

                                              :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant Trevor Cole, proceeding without counsel, filed the attached "Demand for Discovery Under Fed. R. Crim. P. 16(a)." Construing the demand as a motion, the Court denies the motion as meritless because judgment has already been entered (and affirmed) in this case. *See* ECF Nos. 100, 262. Even if Cole had filed a motion to vacate his sentence under 28 U.S.C. § 2255 — which he has not — discovery would be available only for "good cause," Rule 6(a) of the Rules Governing Section 2255 Proceedings, and any request for discovery would have to "provide reasons for the request," *id.* Rule 6(b). Cole provides no "reasons for the request" and certainly does not demonstrate "good cause." Accordingly, his "demand" for discovery is denied. *See United States v. LoCascio*, 502 F. Supp. 3d 708, 720 (E.D.N.Y. 2020).

       The Clerk of Court is directed to mail a copy of this Order to:

                    Trevor Cole
                    Reg. No. 67573-054
                    U.S.P. ATWATER
                    P.O. Box 019001
                    Atwater, CA 95301

       SO ORDERED.

Dated: November 20, 2024
       New York, New York                                       
                                          JESSE M. FURMAN
                                          United States District Judge

RECEIVED
SDNY PRO SE OFFICE

2024 NOV 13 PM

UNITED STATES DISTRICT COURT
Southern District of New york

United States of America                    CASE NO: 12-cr-802-
vs.
Trevor Cole
        Defendants

        DEFENDANTS DEMAND for
        DISCOVERY under (fed. R. crim P 16(A)

    to the United States Attorney of New york


Pursuant to rule 16(A) of the federal rules of criminal
Procedure Defendants demand that the U.S produce and
permit the defendants to Inspect and copy or Photograph All
documents. Government document or C.I Statements or
Statements mad By Government Agents Any one Present At
the Grand Jurie Pursuant to the constitutional principles of
due-process of law Set forth by the Supreme Court of the
United States in Brady Vs maryland-373 U S 8367-
83 S. Ct 1194 10 L. Ed 2d 215 (1963) the materials sought
by this demand must be produced for EXAMINATION AS
Provided IN Rule 16 of the federal Rules of criminal
Procedure.

RECEIVED
NOV 19, 2024
S.D.N.Y.

## Conclusion

for the reasons Stated IN this motion AND As —
Supported by the Exhibits Attached here],
mR. Cole, Prays that this Honorable court GRANt
the requested relief Sought here IN this motion As
well As Any other relief this court deems Propper

## CERtificte of SERvice

I the undersigned do hereby certify that on this
DAy, 31 of oct 2024 DiD Send A true and correct
Copy of the foregoing motion through the u.S POStAl
Service to the PenSon(s) listed below. under —
18 U.S.C § 3006A — DiScovery under the federal
Rules of civil Procedure

X                                    X

trevor Cole

10/31/24



Trevor Cole #67573-054
United States Penitentiary — ATWATER
P.o. Box 019001
ATWATER CA 95301

RECEIVED
SDNY PRO SE
2024 NOV 13 P

SACRAMENTO CA 957
4 NOV 2024 PM 4 L

Clerk of Courts
Southern District of New York

<>67573-054<>
Clerk Of Courts
Room 200
500 Pearl ST
United States Court House
NEW YORK, NY 10007-1312
United States

10007-131699

n #260

FREEDOM
FOREVER/USA